**FILED**
February 10, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____SAJ_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CAUSE NO.: **DR-21-CR-00225-AM** |
| | § | **I N D I C T M E N T** |
| v. | § § | [VIO: COUNT ONE: 8 U.S.C. § |
| | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| WILLIAM SMITH | § § | to Transport Illegal Aliens.] |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about January 14, 2021, in the Western District of Texas, Defendant,

WILLIAM SMITH,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

A TRUE BILL

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
     LARRY W. EADLER
     Assistant United States Attorney

SEALED:
UNSEALED: XX

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK  USAO #: 2021R00297

DATE: FEBRUARY 10, 2021  MAG. CT. #: DR21-00108M

AUSA: LARRY W. FADLER

DEFENDANT: WILLIAM SMITH

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: YES  LANGUAGE: SPANISH

DEFENSE ATTORNEY: CASE J. DARWIN

ADDRESS OF ATTORNEY: 14400 JONES MALTSBERGER #100, SAN ANTONIO, TEXAS 78247

DEFENDANT IS: DETAINED  DATE OF ARREST: JANUARY 14, 2021

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT; $5,000 SPECIAL ASSESSMENT NON-INDIGENT FOR EACH COUNT OF CONVICTION.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3